# IN THE MATTER OF DAVID ROBISON

## 1808

### PAPERS IN FILE

1. Letter from attorney to judge . . . . . . . *Printed in Vol. 2*
2. Writ of habeas corpus . . . . . . . . . "
3. Return . . . . . . . . . . . "
4. Warrant of commitment . . . . . . . . "
5. Opinion; order . . . . . . . . . . "